ETHAN R. PLAUT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone: (406) 771-7715
FAX: (406) 453-9973
E-mail: ethan.plaut@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

DEC 0 8 2022

Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 22-97-GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES |
| HERIBERTO RODRIGUEZ ACOSTA, | (Count 1) |
| | Title 21 U.S.C. § 846 |
| Defendant. | (Penalty for Methamphetamine: Mandatory minimum ten years to life of imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| | (Penalty for Fentanyl: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release) |

1

|  | **POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES** (Count 2) Title 21 U.S.C. § 841(a)(1) (Penalty for Methamphetamine: Mandatory minimum ten years to life of imprisonment, $10,000,000 fine, and at least five years of supervised release) (Penalty for Fentanyl: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release) **TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That from in or about January of 2021, and continuing through at least February of 2022, at or near Havre and Box Elder, in Hill County, in the State and District of Montana, and on and within the exterior boundaries of the Rocky Boy's Indian Reservation, and elsewhere, the defendant, HERIBERTO RODRIGUEZ ACOSTA, knowingly and unlawfully conspired and agreed with other persons, known and unknown to the Grand Jury, to distribute, and to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

commonly known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 2

That from in or about January of 2021, and continuing through at least February of 2022, at or near Havre and Box Elder, in Hill County, in the State and District of Montana, and on and within the exterior boundaries of the Rocky Boy's Indian Reservation, and elsewhere, the defendant, HERIBERTO RODRIGUEZ ACOSTA, knowingly possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3