IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERIBERTO RODRIGUEZ ACOSTA,<br><br>Defendant. | CR 22-97-GF-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL** |

Upon consideration of Defendant Heriberto Rodriguez Acosta's Unopposed Motion to File Under Seal Exhibits 1-5 to his Motion to Dismiss for Outrageous Government Conduct, and good cause appearing,

IT IS HEREBY ORDERED that Doc. 56,1-5 shall be filed under seal.

DATED this 2nd day of April, 2024.

_____
Brian Morris, Chief District Judge
United States District Court