# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **HERIBERTO RODRIGUEZ ACOSTA,** <br><br> Defendant. | CR 22-97-GF-BMM <br><br> **ORDER TO DISMISS INDICTMENT** |

Upon the United States' Unopposed Motion to Dismiss Indictment against the defendant, and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby DISMISSED without prejudice. **IT IS FURTHER ORDERED** that the trial in this matter presently set for August 5, 2024 is **VACATED.**

DATED: July 12, 2024

_____
Brian Morris, Chief District Judge
United States District Court